

FILED
CLERK, U.S. DISTRICT COURT
APR 19 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RUBEN GARCIA <br><br> Defendant. | Case No.: CR 05-113-PSWL <br> CR 09-381-GHK <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist., CA** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

```
1
2
3
4           and/or
5   B.   [X]   The defendant has not met (his)/her burden of establishing by
6           clear and convincing evidence that (he)/she is not likely to pose
7           a danger to the safety of any other person or the community if
8           released under 18 U.S.C. § 3142(b) or (c). This finding is based
9           on: allegations participat[ing] in conduct
10          identical to underlying offense of funny
11          prescription drugs
12
13
14          IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   4/19/12
18
19                                          [signature]
20                                          UNITES STATES MAGISTRATE JUDGE
```